IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION


HEATH R. LUCY                                                                    PLAINTIFF


        v.                              CIVIL NO. 10-3104


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                      DEFENDANT

## O R D E R

        A cursory review of the transcript in this case reveals that Exhibits 12F through 20F are

missing from the transcript.  Without these Exhibits, the Court cannot determine whether there

is substantial evidence in the administrative record to support the Commissioner's decision.  See

42 U.S.C. § 405(g).

        Accordingly, this matter will be administratively terminated pending the submission by

the Commissioner of a certified copy of the missing exhibits, within 60 days from the date of this

Order.  In the event the Commissioner is unable to supplement or reconstruct the Exhibits, he

is directed to notify the Court via motion or notice of his inability to comply with the

requirements of this Order.  Should the Commissioner be unable to supplement the record as

directed, within the time constraints set forth in the Court's Order so directing, the Court will

then entertain an appropriate motion to remand.

        DATED this 29th day of February 2012.


                                        /s/ Erin L. Setser
                                        _____
                                        HON. ERIN L. SETSER
                                        UNITED STATES MAGISTRATE JUDGE


AO72A
(Rev. 8/82)