IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

HEATH R. LUCY                                                            PLAINTIFF

v.                      CIVIL NO. 10-3104

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                              DEFENDANT

**O R D E R**

Comes now the Court on this 2nd day of March, 2012, upon being well and duly advised, finds as follows:

That the United States district court clerk was directed to administratively terminate this matter by Order entered on February 29, 2012, for the purpose of allowing the Defendant to obtain and file Exhibits 12F through 20F of the transcript. (Doc. 12). By Notice of Filing entered on March 1, 2012, the undersigned finds that the administrative record has been supplemented, as ordered. (Doc. 13). Accordingly, the district court clerk is directed to re-open the instant matter.

IT IS SO ORDERED.

                                                      /s/ *Erin L. Setser*
                                                      HON. ERIN L. SETSER
                                                      UNITED STATES MAGISTRATE JUDGE